Rosenblum & Co. *v.* Rosenblum, Appellant.

Per Curiam, December 4, 1933:

Pursuant to stipulation of counsel filed of record on August 23, 1933, agreeing that the judgment entered in No. 147, March Term, 1933, between the same parties, shall be controlling and decisive in the above case, judgment is entered accordingly and the order of the court below, refusing to open judgment, is affirmed at appellant's cost.